
FILED
June 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00209-CR
5583657
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 1:43:08 PM
JEFFREY D. KYLE
CLERK

IN THE
THIRD COURT OF APPEALS
OF TEXAS

| | | |
|---|---|---|
| DEANDRE DWIGHT JOSEPH | § | |
| | § | |
| V. | § | CAUSE NUMBER 03-15-00209-CR |
| | § | |
| THE STATE OF TEXAS | § | |

## APPELLANT'S MOTION TO EXTEND THE TIME TO FILE THE APPELLATE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Deandre Dwight Joseph files Appellant's Motion To Extend The Time To File The Appellate Brief and would show as follows:

### I.

Appellant was convicted of aggravated assault and attempted arson in State of Texas v. Deandre Dwight Joseph, Cause Number D-1-DC-15-904009 in the 403rd District Court of Travis County. The jury assessed his punishment at 54 years in prison for aggravated assault and 25 years for attempted arson on March 11, 2015. Appellant gave timely notice of appeal.

### II.

The appellate brief is due on June 15, 2015. Appellant requests an extension of time until July 31, 2015, to file the brief.

## III.

The court has not previously granted an extension of time.

## IV.

For good cause, appellant would show that appellate counsel, Randy Schaffer, will not have sufficient time to prepare the brief by June 15 because he was hired on June 3 and has requested, but does not yet have, the appellate record. Counsel has a suppression hearing on June 26 in <u>State v. Ballard</u>, No. 14-07-07804, in the 359th District Court of Montgomery County and must file a brief in <u>Bezerra v. State</u>, No. 07-15-00018-CR, in the Seventh Court of Appeals by June 26. Counsel will not be able to commence preparation of appellant's brief before June 27.

Appellant moves that the court extend the time to file the appellate brief to July 31, 2015.

Respectfully submitted,

/s/ Randy Schaffer
State Bar No. 17724500

1301 McKinney, Suite 3100
Houston, Texas 77010
(713) 951-9555
(713) 951-9854 (facsimile)
noguilt@swbell.net

Attorney for Appellant
DEANDRE DWIGHT JOSEPH

## CERTIFICATE OF SERVICE

I served a copy of this document on Rosemary Lehmberg, District Attorney, Travis County Courthouse, P.O. Box 1748, Austin, Texas 78767, by United States mail, postage prepaid, on June 8, 2015.

/s/ Randy Schaffer